**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                **CRIMINAL ACTION NO. 3:08CR65**

**SALEH NAMI, a/k/a
"Saleh Numi", a/k/a
"Saleh Nomi",
ABDO ALNAMI, a/k/a
Abdo Alnumi", a/k/a
Abdo Alnomi"**

## **ORDER**

This cause is before the Court on the defendants' Motion(s) for Continuance ([22] and [23]). The Court, having reviewed the motions and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for July 28. Counsel for defendants avers that he lacks sufficient time to adequately prepare a defense to the pending charges due to the complex nature of the case. The government does not oppose the relief sought in the instant motions. Based on the foregoing, the Court finds that the defendants' motion(s) for continuance are well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from July 28, 2008 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford defendants a reasonable time for adequate and effective preparation of their defense. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendants' Motion(s) for Continuance ([22] and [23]) are GRANTED;

2. That the trial of this matter is continued as to all defendants until Monday, September 22, 2008 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from July 28, 2008 until September 22, 2008 is excluded as set out above;

4. That the deadline for filing pretrial motions is September 2, 2008;

5. That the deadline for submitting a plea agreement is September 8, 2008.

SO ORDERED, this the 10th day of July, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE