# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                   CRIMINAL ACTION NO. 3:08CR65

SALEH NAMI, a/k/a
"Saleh Numi", a/k/a
"Saleh Nomi",
ABDO ALNAMI, a/k/a
Abdo Alnumi", a/k/a
Abdo Alnomi"

## ORDER

This cause is before the Court on the defendants' Motion(s) for Continuance ([29] and [30]). The Court, having reviewed the motions and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for December 1, 2008. Counsel for defendants avers that he lacks sufficient time to adequately prepare a defense to the pending charges due to the complex nature of the case and his obligations in other pending matters. In addition, he seeks time to review proposed plea agreements and to counsel his client with regard thereto. The government does not oppose the relief sought in the instant motion. Based on the foregoing, the Court finds that the defendants' motion for continuance is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from December 1, 2008 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford defendants a reasonable time for adequate and

effective preparation of their defense.  Therefore, the ends of justice served by the granting of this

continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1.      The defendants' Motion(s) for Continuance ([29] and [30]) are GRANTED;

2.      That the trial of this matter is continued as to all defendants until Monday, February

9, 2009 at 9:00 a.m. in the United States District Courthouse in Greenville,

Mississippi;

3.      That the delay from December 1, 2008 until February 9, 2009 is excluded as set out

above;

4.      That the deadline for filing pretrial motions is January 20, 2009;

5.      That the deadline for submitting a plea agreement is January 26, 2009.

SO ORDERED, this the 20th day of November, 2008.


/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE